IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL COUNCIL )
OF CARPENTERS PENSION FUND, CHICAGO )
REGIONAL COUNCIL OF CARPENTERS WELFARE )
FUND, CHICAGO REGIONAL COUNCIL OF )
CARPENTERS APPRENTICE & TRAINEE FUND )
                                      )
            Plaintiffs,          )    Case No.  14 C 5869
                                      )
                         )    Judge Lefkow
    v.                                )
                                      )
PRECISION ATHLETIC FLOORING, LLC      )
                                      )
            Defendant.           )

## Judgment Order

_____

    This matter coming on to be heard pursuant to Plaintiffs' Motion for Entry of Judgment, due notice having been give, the Court having jurisdiction and being fully advised in the premises;

    IT IS ORDERED:

    That a final judgment is entered in behalf of the Plaintiffs and against the Defendant, PRECISION ATHLETIC FLOORING, LLC, in the sum of $68,431.09 representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (07/14, 09/14 - 01/15) | $50,639.46 |
| b) | Interest on ERISA Contributions | $442.72 |
| c) | Liquidated Damages (06/14 - 01/15) | $5,533.33 |

| | | |
|---|---|---|
| d) | Union Dues (07/14, 09/14 - 01/15) | $2,799.83 |
| e) | Attorney Fees and Costs | $9,015.75 |
| | **TOTAL** | **$68,431.09** |

Further, Plaintiffs shall be awarded their attorney fees and costs incurred in their attempts to collect on this judgment in the post-judgment supplemental proceedings.

ENTERED:

_____
JOAN HUMPHREY LEFKOW
UNITED STATES DISTRICT JUDGE

DATED: March 27, 2015

2